**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00573-CV

### ROBERT E. MARZETT, Appellant

### V.

### STEVE MCCRAW, JAMES SHOEMAKER, WARREN MIKE YARBOROUGH, GREG WILLIS, COLLIN COUNTY AND TERRY BOX, Appellees

---

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-03962-2013

---

## ORDER

We **GRANT** appellant's August 15, 2014 motion to extend time to file brief and **ORDER** the brief be filed no later than September 2, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
        JUSTICE